## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JESSIE MILTON**                                                               **PLAINTIFF**

**VERSUS**                                                          **3:24-cv-00291-MPM-RP**

**JUAN ANTONIO VALDEZ AND**
**MID-SOUTH TRANSPORTATION, LLC**                              **DEFENDANTS**

### ORDER ON PETITION FOR APPROVAL OF SETTLEMENT

The above-referenced Petition was filed by Plaintiff Jessie Milton ("Plaintiff"), seeking the Court's approval of a settlement pursuant to Miss. Code Ann. § 71-3-71 and/or otherwise under the Mississippi Workers' Compensation Law, and the Court, on consideration of the Petition, finds and orders the following:

1. Plaintiff has negotiated a settlement of this action, subject to the approval of this Court pursuant to Miss. Code Ann. § 71-3-71, for the sum of One Hundred Ten Thousand and 00/100 Dollars ($110,000.00), which sum is being paid by Sentry Select Insurance Company ("Sentry"), the applicable liability insurance provider of Defendants Juan Antonio Valdez and Mid-South Transportation, LLC, and/or Mid-South Leasing, Inc. (collectively, "Defendants"),[1] out of which sum it is submitted that the Mississippi Department of Transportation/Mississippi Transportation Commission (collectively, "Employer/Carrier"), being self-insured for purposes of the Mississippi Workers' Compensation Law, is entitled to reimbursement for compensation benefits heretofore paid to and/or for Plaintiff, including exoneration from future liability to Plaintiff under the Mississippi Workers' Compensation Law, as hereinafter provided.

---

[1] At times, Defendant Mid-South Transportation, LLC, has been erroneously referred to as "Mid-South Transportation, Inc."

2. The amount of compensation benefits heretofore paid by Employer/Carrier to and/or for Plaintiff is $18,380.60, representing indemnity and medical payments. The future liability of the Employer/Carrier, if any, is not ascertainable at this time, but no further payments are anticipated to be made by the Employer/Carrier for benefits and/or in settlement related to the subject of this action.

3. In fact, as part of this compromise and settlement, Plaintiff has agreed to release Employer/Carrier from any further liability under the Mississippi Workers' Compensation Law in exchange for a reduction of the workers' compensation lien in favor of Employer/Carrier. Thus, Plaintiff shall reimburse Employer/Carrier the sum of $13,785.45 to fully satisfy the workers' compensation lien in favor of Employer/Carrier. This agreement has been duly approved by the Mississippi Transportation Commission pursuant to Miss. Code Ann. § 65-1-8.

4. Employer/Carrier are hereby discharged as to any future benefits owed to Plaintiff under the Mississippi Workers' Compensation Law.

5. The Court hereby approves the handling of the settlement monies allocated to Plaintiff, which are subject to the workers' compensation lien, as follows:

    a. Reimbursement of the workers' compensation lien to Employer/Carrier in the amount of $13,785.45;

    b. Payment to Plaintiff and his attorneys, Lamar & Hannaford, P.A., in the amount of $96,214.55.

6. Plaintiff and Employer/Carrier are hereby authorized to execute an appropriate release in favor of Defendants and Sentry.

7. Plaintiff is also hereby authorized to execute an appropriate release in favor of Employer/Carrier.

8. The settlement is in the best interests of all concerned, and the Court hereby approves the settlement.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the Court authorizes the settlement set forth herein and the adjustment of the rights of all parties as provided above.

SO ORDERED AND ADJUDGED on this the 27th day of March, 2025.

*/s/ Michael P. Mills*
DISTRICT COURT JUDGE

AGREED AND APPROVED:

*/s/ John Thomas Lamar, III*
JOHN THOMAS LAMAR, III (MSB #102494)
tlamar@lamarhannaford.com
TAYLOR A. HECK (MSB #102833)
theck@lamarhannaford.com
LAMAR & HANNAFORD, P.A.
214 SOUTH WARD STREET
SENATOBIA, MISSISSIPPI 38668
(662) 562-6537 (TELEPHONE)
(662) 562-4858 (FACSIMILE)
*Attorneys for Plaintiff Jessie Milton*

*/s/ Sam S. Thomas*
SAM S. THOMAS (MSB #8307)
sst@samthomaslaw.com
OWEN P. TERRY (MSB #105532)
oterry@samthomaslaw.com
THOMAS LAW, P.C.
POST OFFICE BOX 2790 (39130)
115-A HOMESTEAD DRIVE
MADISON, MISSISSIPPI 39110
(601) 355-3668 (TELEPHONE)
(601) 898-4537 (FACSIMILE)
*Attorneys for Defendants Juan Antonio Valdez and
Mid-South Transportation, LLC, and/or Mid-South Leasing, Inc.*

*/s/ Payton W. Acy*
PAYTON W. ACY (MSB #106448)
payton.acy@ago.ms.gov
SPECIAL ASSISTANT ATTORNEY GENERAL
STATE OF MISSISSIPPI
(601) 359-7600 (TELEPHONE)
(601) 359-7774 (FACSIMILE)
*Attorney for the Mississippi Department of Transportation
and/or the Mississippi Transportation Commission*