IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JESSIE MILTON**      **PLAINTIFF**

**VERSUS**      **3:24-cv-00291-MPM-RP**

**JUAN ANTONIO VALDEZ AND**
**MID-SOUTH TRANSPORTATION, LLC**      **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion *ore tenus* ("Motion") of Plaintiff Jessie Milton ("Plaintiff") and Defendants Juan Antonio Valdez and Mid-South Transportation, LLC, and/or Mid-South Leasing, Inc. ("Defendants"),[1] for a Judgment of Dismissal With Prejudice ("Judgment") of all claims of each and every nature pending in this action, and/or that could have been filed in this action of Plaintiff against Defendants as a result of the incident or accident here at issue, and it being stipulated and made known to the Court that all such claims have been fully compromised and settled as between Plaintiff and Defendants, and that there remain no issues to be litigated by or between Plaintiff and Defendants or adjudicated by the Court, and that Plaintiff and Defendants agree that all of said claims should be dismissed, with prejudice, and that Plaintiff and Defendants consent to the entry of this Judgment; the Court being fully advised in the premises, and having maturely considered same, is of the opinion and finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the Complaint and any and all claims of Plaintiff against Defendants as a result of the incident or accident here at issue

---

[1] At times, Defendant Mid-South Transportation, LLC, has been erroneously referred to as "Mid-South Transportation, Inc."

should be and the same are hereby dismissed, with prejudice, with all parties bearing their own costs.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that Plaintiff shall resolve and be responsible for, to the exclusion of Defendants, and/or Defendants' insurer and/or counsel, any and all subrogation or assignment claims, any and all claims of all medical care suppliers or providers of or to Plaintiff, any and all claims of all of Plaintiff's health and/or other automobile and/or other insurers, any and all claims of all governmental and/or other entities including Medicare and/or Medicaid providing and benefits or services to Plaintiff, all claims and/or liens of Employers and/or Workers' Compensation Carriers arising out of the accident here at issue, and any and all other claims of any and all other persons or entities that exist, by way of subrogation or assignment or by operation of law or otherwise, as a result of the subject incident and/or injuries and/or damages to Plaintiff.

SO ORDERED AND ADJUDGED on this the 31st day of MARCH, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO CONTENT AND FORM:

_____
JOHN THOMAS LAMAR, III (MSB #102494)
TAYLOR A. HECK (MSB #102833)
LAMAR & HANNAFORD, P.A.
214 SOUTH WARD STREET
SENATOBIA, MISSISSIPPI 38668
(662) 562-6537 (TELEPHONE)
(662) 562-4858 (FAX)
tlamar@lamarhannaford.com
theck@lamarhannaford.com
*Attorneys for Plaintiff Jessie Milton*

_____
SAM S. THOMAS (MSB #8307)
sst@samthomaslaw.com
OWEN P. TERRY (MSB #105532)
oterry@samthomaslaw.com
THOMAS LAW, P.C.
POST OFFICE BOX 2790 (39130)
115-A HOMESTEAD DRIVE
MADISON, MISSISSIPPI 39110
*Attorneys for Defendants Juan Antonio Valdez and Mid-South Transportation, LLC, and/or Mid-South Leasing, Inc.*